1  THOMAS M. HERLIHY (SBN 83615)
   LAURA E. FANNON (SBN 111500)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.:  (415) 951-0535
4  Fax:  (415) 391-7808

5  Attorneys for Defendant
   PROVIDENT LIFE AND ACCIDENT
6  INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | SOLETT SMITH,                          ) Case No.: C06-07593 CRB
                                            )
12 |        Plaintiff,                      ) **STIPULATION AND ORDER RE**
                                            ) **TELEPHONIC APPEARANCE BY**
13 |    vs.                                 ) **COUNSEL FOR DEFENDANT**
                                            ) **PROVIDENT AT JUNE 1 CASE**
14 | PROVIDENT LIFE AND ACCIDENT            ) **MANAGEMENT CONFERENCE**
    INSURANCE COMPANY,                      )
15                                          ) Date:  June 1, 2007
            Defendant                       ) Time:  8:30 a.m.
16                                          ) Courtroom:  8, 19th Floor

17

**STIPULATION**

Plaintiff Solett Smith ("plaintiff") and defendant Provident Life and Accident Insurance Company ("Provident"), by and through their respective counsel, hereby stipulate and agree that Provident's counsel, Laura E. Fannon, Esq., may appear telephonically at the continued Case Management Conference on June 1, 2007, at 8:30 a.m., due to an off-site commitment at 9:00 a.m.

LAW OFFICES OF LAURENCE F. PADWAY

Date: May 15, 2007                    By_____/s/_____
                                            Laurence F. Padway
                                            Attorneys for Plaintiff
                                            SOLETT SMITH

KELLY, HERLIHY & KLEIN LLP

Date: May 15, 2007                    By_____/s/_____
                                            Thomas M. Herlihy
                                            Laura E. Fannon
                                            Attorneys for Defendant
                                            PROVIDENT LIFE AND ACCIDENT
                                            INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: _____May 15_____, 2007      _____
                                            HON. CHARLES R. BREYER
                                            Judge, U.S. District Court

E:\26299\P05.doc

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-1-
STIPULATION AND ORDER RE TELEPHONIC APPEARANCE
BY COUNSEL FOR DEFENDANT PROVIDENT
CASE NO. C06-07593 CRB